Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
*Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VILLARREAL PARDO, Luisinio<br><br>Petitioner,<br><br>v.<br><br>Warden, Elizabeth Contract Detention Facility; Ruben Perez, in his official capacity, Newark Field Office Director, U.S. Immigration and Customs Enforcement; David Venturella, Acting Director, U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity, Secretary, U.S. Department of Homeland Security; Todd Blanche, Attorney General of the United States of America<br><br>Respondents. | Case No.: **2:26-cv-13181-KSH**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner Luisinio Villarreal Pardo, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned Petition for Writ of Habeas Corpus (ECF No. 1) without prejudice. No respondent has served an answer, return, or motion for summary judgment, and no court order is required. Because this dismissal terminates the action, the Court's Order enjoining Respondents from transferring Petitioner from New Jersey (ECF No. 2) no longer remains in effect, and Petitioner consents to its dissolution so that he may depart the United States as required.

Respectfully submitted,

*/s/ Carolina Theresa Curbelo, Esq.*

Dated: October 27, 2026

Carolina Theresa Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

SO ORDERED this day of October 28, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ